CAUSE NO. 13-13-00636-CR

Trial No: 12-7-26788

Dedick Roy Bonner

VS.

STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 21 2015

FILED IN
COURT OF CRIMINAL APPEALS

JUL 21 2015

Abel Acosta, Clerk

## APPELLANTS FIRST MOTION REQUESTIN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Dedrick Roy Bonner, herein Appellant and files this his First Motion Requesting Extension Of Time To File Petition For Discretionary Review In the above styled, Cause No., and Trial No., and will show this Honorable Court the following:

### I.
### Jurisdiction of the Court.

The 13th Court of Appeals Affirmed the Direct Appeal the State of Texas Vs. Dedrick Roy Bonner, Trial No. 12-7-26788, Cause No. 13-13-00636-CR, July, 2015.

### II.
### Reason For Request of Time.

As of July 2nd, 2015, Appellants access to the Unit Law Library has been unduly restricted to receive an allotment of Three (3) books Monday, Wensday, and Fridays, when and if they are delivered. This unduly restriction is of No fault of Appellants, but, to the incident of One lone Hispanic Stabbing One lone African American Male, thus, resulting in a Cell block Lockdown. This unduly restricted Lockdown has resulted in the unduly Confiscation of type writters So that Appellant must hand write said Motion Requesting Extension of Time. This Request is not to delay this Proceeding but rather to afford Appellant ample and adequate time to file said Petition For Discretionary Review.

Appellant therefore request a total of SIXTY (60) DAYS in which he may adequately Prepare and file his Petition for discretionary review with the appropriate Court.

### PRAYER For Relief

WHEREFORE PREMISES CONSIDERED, Appellant Prays that this Honorable Court Consider all things and GRANT Appellants First Motion Requesting Extension Of Time To File Petition For Discretionary Review.

1

# CONCLUSION

I Dedrick Roy Bonner Conclude that this motion requesting an extension of time is and has been made with Clean Hands. I have forwarded this Appellant's First Motion Requesting Extension Of Time To File Petition For Discretionary Review to the following to Clerks of Courts. The First Clerk, as advised by Appellant Counsel Jerry L. Clark is DORIAN RAMIREZ, 13Th Court of Criminal Appeals, Nueces County Courthouse, 901 Leopard 10TH Floor, Corpus Christi, Texas 78401 and Clerk of the Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711.

EXECUTED THIS ___ DAY

OF _____, 2015.

Dedrick Roy Bonner
12120 Savage Drive
Midway, Texas 75852

Unsworn To Declaration
of
Dedrick Roy Bonner

"Pursuant to both Federal law 28 U.S.C. §1746 and State law Civil Practices And Remedies Code §§ 132.001 - 132.003, I, Dedrick Roy Bonner, Swear under penalty of perjury that the statements made in Appellant's First Motion Requesting Extension of Time To File Petition For Discretionary Review are TRUE and CORRECT."

EXECUTED THIS ___ DAY

OF _____, 2015.

Dedrick Roy Bonner